# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 1, 2020

## NO. 03-19-00657-CV

**Rockstar Remodeling & Diamond Decks, LLC, Appellant**

**v.**

**Edward Taddia and Georgina Taddia, Appellees**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES TRIANA, SMITH, AND SHANNON
AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the order signed by the trial court on September 9, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.